**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Alfred Naussner             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 16-18290 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1Home Equity Pass-Through Certificates, Series 2006-1 and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ **Mark A. Cronin**
                                      Mark Cronin
                                      04 Oct 2023, 18:22:12, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322