United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18290-amc |
| Alfred Naussner | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alfred Naussner, 12719 Minden Road, Philadelphia, PA 19154-1419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

**Name**                **Email Address**

BRAD J. SADEK
    on behalf of Debtor Alfred Naussner brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 mimcgowan@raslg.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: 195 | Total Noticed: 1 |

ROGER FAY
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank National Association rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor U.S. Bank National association  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Alfred Naussner  : Case No. 16−18290−amc
    Debtor(s)

*ORDER*
_____

AND NOW, this day , May 7, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge, United States Bankruptcy Court

81
Form 195